# Exhibit A

| Transferee/Creditor | Transferor/Debtor | Date of Transfer | Amount of Transfer | Reason for Payment or Transfer/ Relationship to Debtor |
|---|---|---|---|---|
| Home Expressions Inc. 2015 Lincoln Hwy Edison, NJ 08817 | Christmas Tree Shops LLC | 3/10/2023 | $14,100.00 | Vendors |
| Home Expressions Inc. 2015 Lincoln Hwy Edison, NJ 08817 | Christmas Tree Shops LLC | 3/10/2023 | $85,900.00 | Vendors |
|  |  |  | **$100,000.00** |  |